**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2533**

TOJUANNA RHEUNEA BROWN,

             Plaintiff - Appellant,

        v.

TERENCE RICHARD MCAULIFFE, Governor et al Commonwealth of
Virginia; BARACK HUSSEIN OBAMA, II, President et al Federal
United States of America,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  M. Hannah Lauck, District
Judge.  (3:15-cv-00542-MHL)

Submitted:  February 25, 2016      Decided:  February 29, 2016

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Tojuanna Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tojuanna Rheunea Brown appeals the district court's order dismissing her civil complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. McAuliffe, No. 3:15-cv-00542-MHL (E.D. Va. Nov. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2